# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| DELL HILLARY,<br><br>      Plaintiff,<br><br>vs.<br><br>MIDWEST JANITORIAL SERVICE, INC. and MIDWEST TOTAL SOLUTIONS, LLC,<br><br>      Defendants. | No. C17-00049-LTS<br><br><br>**ORDER** |

_____

Defendants have filed a partial motion (Doc. No. 4) to dismiss based on failure to exhaust administrative remedies with respect to defendant Midwest Total Solutions, LLC, and the retaliation claims in Counts I and II. They also argue that Count II (comprised of both retaliation and discrimination claims under the Americans with Disabilities Act (ADA)) is barred by the 90-day statute of limitations.

Plaintiff has filed a response (Doc. No. 5) agreeing to these dismissals and itemizing the claims that will remain in the case. Having reviewed the parties' positions and arguments, I hereby **grant** defendants' partial motion (Doc. No. 4) to dismiss, as follows:

    1.    Defendant Midwest Total Solutions, LLC, is hereby **dismissed** as a party to this lawsuit.

    2.    The following claims are hereby **dismissed**:

        a.    The Iowa Civil Rights Act (ICRA) retaliation claim set forth in Count I

        b.    Count II (Violation of the ADA, Disability Discrimination and Retaliation)

3. This case will proceed against defendant Midwest Janitorial Service, Inc., on the following claims:

    a. The ICRA disability discrimination claim set forth in Count I

    b. Count III (Violation of the Family Medical Leave Act).

**IT IS SO ORDERED.**

**DATED** this 2nd day of June, 2017.

_____
Leonard T. Strand, Chief Judge

2

Case 1:17-cv-00049-LTS   Document 6   Filed 06/02/17   Page 2 of 2